DEAN PROBER, CSB 106207
HOMAN MOBASSER, CSB 251426
POLK, PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Blvd., Suite 100
Woodland Hills, CA 91364
(818) 227-0100
(818) 227-0101 (facsimile)
E.023-171

Attorneys for Movant
EMPIRE MORTGAGE X, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION – ROYBAL BLDG.

| | |
|---|---|
| CHERYLYNN COSTNER,<br><br>  Plaintiff,<br><br>vs.<br><br>MRA FUNDING CORPORATION; S.B.S TRUST DEED NETWORK; EMPIRE MORTGAGE X, INC.; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.  **CV09-649 PSG (Ex)**<br><br>**EMPIRE MORTGAGE X, INC.'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR EMPIRE MORTGAGE X, INC.'S MOTION TO EXPUNGE LIS PENDENS**<br><br>Date:  April 13, 2009<br>Time:  1:30 p.m.<br>Court Room:  790<br><br>[Assigned for all purposes to the Honorable J. Philip S. Gutierrez] |

**TO THE HONORABLE COURT AND ALL PARTIES HEREIN:**

**PLEASE TAKE NOTICE** that on April 13, 2009 at 1:30 p.m. in Court Room 790 of the United States District Court, Central District of California –

---

1

EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR EMPIRE MORTGAGE X, INC.'S
MOTION TO EXPUNGE LIS PENDENS

Western Division – Roybal Federal Building, located at 255 East Temple Street, Los Angeles, California 90012, Defendant, EMPIRE MORTGAGE X, INC. (hereinafter, "Empire" or "Movant"), hereby applies to this Court on an Ex Parte basis for an order shortening time to hear Empire Mortgage X, Inc.'s Motion to Expunge the Lis Pendens filed by Plaintiff on February 4, 2009.

This Ex Parte is based upon the attached Memorandum of Points and Authorities, Declarations of Gary Olschansky and Homan Mobasser in Support Thereof, the Court's file and documents and any oral argument made at the time of the hearing.

Plaintiff was timely notified of this Ex Parte application pursuant to Local Rule 7-19.1 by overnight mail on April 7, 2009 since the Defendant has not provided a fax number to the Movant nor the Court in the documents Plaintiff has filed with the Court. Plaintiff was also advised by phone that any opposition to this Ex Parte Application must be filed not later than 3:00 p.m. on the first business day following service on Plaintiff. (See Declaration of Homan Mobasser paragraphs 3-4).

Dated: April 7, 2009                    POLK, PROBER & RAPHAEL

                                        By: _____
                                        HOMAN MOBASSER
                                        Attorneys for Movant

2
EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR EMPIRE MORTGAGE X, INC.'S MOTION TO EXPUNGE LIS PENDENS

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA ) Case Name: **CHERYLYNN COSTNER V. MRA FUNDING NETWORK**
COUNTY OF LOS ANGELES ) Case#: **CV09-649-PSG (EX)**

I, LAUREEN HAVARD, declare that:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is 20750 Ventura Blvd., Suite 100, Woodland Hills, California 91364.

On **4/7/09**, I served the **EMPIRE, MORTGAGE X, INC.'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR EMPIRE MORTGAGE X, INC.'S MOTION TO EXPUNGE LIS PENDENS** on the interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope, with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

**CHERYLYNN COSTNER**
**PO BOX 5469**
**BEVERLY HILLS, CA 90209**

[ ] (By Mail [Federal]) I placed such envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.

[ ] (By Mail [State]) I am readily familiar with Polk, Prober & Raphael's practice for the collection and processing of correspondence for mailing with the United States Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address shown above; I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

[X] FEDERAL EXPRESS (Overnight delivery) placing true and correct copies thereof enclosed in a sealed envelope(s), for overnight delivery at Woodland Hills, California, delivered to a driver authorized by Airborne Express with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served, at the office address as last given by that person(s) on any document filed in the case and served on the party making service or at that party's (s') place of residence.

[ ] (By Facsimile) I further declare the above-referenced documents were transmitted to the following parties on _____ by facsimile transmission as follows:
The transmissions were reported as complete and without error.

[ ] (Personal service) I caused such envelope to be delivered by hand to the addressee(s).

[x] Executed on **4/7/09** at Woodland Hills, California.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

_____
LAUREEN HAVARD

Proof of Service