O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| Case No. | CV 09-649 PSG (Ex) | Date | July 28, 2009 |
|---|---|---|---|
| Title | Cherylynn Costner v. MRA Funding Corp. | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy K. Hernandez | Not Present | n/a |
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):         Attorneys Present for Defendant(s):

            Not Present                                  Not Present

**Proceedings:**     **(In Chambers) Order Dismissing Case**

On January 30, 2009, Cherylynn Costner ("Plaintiff") filed the instant action against MRA Funding Corporation ("MRA"), S.B.S. Trust Deed Network ("S.B.S."), and Empire Mortgage X, Inc. ("Empire") (collectively, "Defendants"). To date, Plaintiff has yet to serve Defendants.

Federal Rule of Civil Procedure 4 provides: "If a defendant is not served within 120 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). It has now been almost 180 days since Plaintiff filed her complaint. However, she still has not served Defendants. Accordingly, the Court hereby DISMISSES this action, without prejudice.

**IT IS SO ORDERED.**